FILED
IN CLERK'S OFFICE
U. S. DISTRICT COURT E.D. N.Y.

★ MAY 2 2005 ★

TIME A.M.
P.M.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X

Nicholas Martone, et al.,

                Plaintiff,      CV-04-4113 (CPS)

   - against -                ORDER OF
                                                     DISCONTINUANCE
Coast to Coast Systems,

                Defendant.

-------------------------------------X

    It having been reported to the Court that the above action has been settled, it is hereby

    ORDERED that the action is discontinued without costs and without prejudice to the right to reopen the action within 60 days if the settlement is not consummated.

    The Clerk is directed to provide a copy of the within to the assigned magistrate judge.

    SO ORDERED.

Dated :    Brooklyn, New York
         April 18, 2005

                                                                                  :t Judge