FILED
IN CLERK'S OFFICE
U. S. DISTRICT COURT E.D. N.Y.
★ JUN 1 7 2005 ★
TIME A.M. _____
P.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

NICHOLAS MARTONE, WAYNE MASKIELL, MICHAEL DRAGONE, PETER MUSCHTER, THOMAS MILLER and CHARLES LAMANTIA, as Trustees of the UNITED UNION OF ROOFERS, WATERPROOFERS AND ALLIED WORKERS LOCAL 154 WELFARE, PENSION, ANNUITY and APPRENTICESHIP AND TRAINING FUNDS,

    Plaintiffs,

-against-

COAST TO COAST SYSTEMS,

    Defendant.

04 Civ. 4113 (CPS)

**JUDGMENT**

---

The summons and Complaint in this action having been duly served on the above-named defendant Coast to Coast Systems, and said defendant having entered into a Consent Judgment in March 2005, and said defendant having failed to make payment of the amounts set forth in the Consent Judgment, and upon the affirmation of Judy Wong,

NOW, on the motion of Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, attorneys for plaintiffs, it is hereby

ORDERED AND ADJUDGED, that plaintiffs NICHOLAS MARTONE, WAYNE MASKIELL, MICHAEL DRAGONE, PETER MUSCHTER, THOMAS MILLER and CHARLES LAMANTIA, as Trustees of the UNITED UNION OF ROOFERS, WATERPROOFERS AND ALLIED WORKERS LOCAL 154 WELFARE, PENSION, ANNUITY and APPRENTICESHIP AND TRAINING FUNDS, do recover of COAST TO COAST SYSTEMS, the defendant residing at 3595

Canton Road, Suite A9-178, Marietta, Georgia 30060, the sum of $37,668.44, plus interest at the legal rate in effect on the date of this judgment; and that the plaintiffs have execution therefor.

Judgment dated:

June 15, 2005

By:   s/Charles P. Sifton
          U.S.D.J.